UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

In re Vestas Wind Systems A/S Securities Litigation

Civil Case No. 3:11-cv-00585-AC

APPLICATION FOR SPECIAL
ADMISSION – *PRO HAC VICE*

Plaintiff(s),

v.

Defendant(s).

Attorney **Keith F. Park** requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1) **PERSONAL DATA:**

Name: **Park**, **Keith**, **F.**
(Last Name) (First Name) (MI) (Suffix)

Firm or Business Affiliation: Robbins Geller Rudman & Dowd LLP
Mailing Address: 655 West Broadway, Suite 1900
City: San Diego   State: CA   Zip: 92101
Phone Number: 619-231-1058   Fax Number: 619-231-7423
Business E-mail Address: keithp@rgrdlaw.com

(2) **BAR ADMISSIONS INFORMATION:**

   (a) State bar admission(s), date(s) of admission, and bar ID number(s):
California State Bar, December 14, 1972, Bar #054275
New York State Bar, March 8, 1983, Bar #283087

   (b) Other federal court admission(s), date(s) of admission, and bar ID number(s):
See Exhibit A, attached hereto

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

   (a) ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

   (b) ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**
I have a current professional liability insurance policy in the amount of $ in excess of 20,000,000 that will apply in this case, and that policy will remain in effect during the course of these proceedings.

(5) **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
Plumbers and Pipefitters Local Union No. 630 Pension-Annuity Trust Fund

**(6)   CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* ord.uscourts.gov/e-filing/cm-ecf-and-pacer), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(D) and the Local Rules of the District of Oregon.

DATED this 17th day of July, 2012

*(Signature of Pro Hac Counsel)*

Keith F. Park
*(Typed Name)*

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this 18th day of July, 2012

*(Signature of Local Counsel)*

Name: Berne, Gary, M.
(Last Name) (First Name) (MI) (Suffix)

Oregon State Bar Number: 774077
Firm or Business Affiliation: Stoll Stoll Berne Lokting & Shlachter P.C.
Mailing Address: 209 S.W. Oak Street, Suite 500
City: Portland   State: OR   Zip: 97204
Phone Number: 503-227-1600   Business E-mail Address: gberne@stollberne.com

---

### COURT ACTION

☐ Application approved subject to payment of fees.
☐ Application denied.

DATED this _____ day of _____, _____

_____
Judge

**EXHIBIT A**

| Court | Date of Admission | Bar Number |
|---|---|---|
| U.S.D.C.- Southern District of California | December 14, 1972 | 054275 |
| U.S.D.C.- Central District of California | December 30, 1976 | 054275 |
| U.S.D.C.- Northern District of California | November 6, 1980 | 054275 |
| U.S.D.C.- Eastern District of California | October 1995 | 054275 |
| U.S.D.C.- District of Colorado | October 10, 1997 | N/A |
| U.S. Court of Appeals, Ninth Circuit | March 5, 1976 | N/A |
| U.S. Court of Appeals, Fifth Circuit | October 2008 | N/A |