UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

─────────────────────────────x
:
In re VESTAS WIND SYSTEMS A/S    :   Case No. 3:11-cv-00585-AC
SECURITIES LITIGATION            :
:
─────────────────────────────x

**[PROPOSED] SCHEDULING ORDER**

WHEREAS Vestas Wind Systems A/S, Vestas-American Wind Technology, Inc., and certain of their officers, directors, and employees have been named as defendants in one or more putative class actions brought by the Plumbers and Pipefitters Local Union No. 630 Pension-Annuity Trust Fund ("Lead Plaintiff"), on its own behalf and on behalf of specified class members, alleging that defendants engaged in certain conduct in violation of the federal securities laws; and

WHEREAS the putative class actions are pending in the United States District Court for the District of Oregon (the "Court"), and the Court has consolidated the cases under the caption *In re Vestas Wind Systems A/S Securities Litigation,* No. 3:11-cv-00585-AC (the "Action"); and

WHEREAS the parties have agreed (subject to the Court's approval) to the following schedule for the filing of a Consolidated Amended Complaint and for responses to that pleading;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the undersigned as follows:

1. Lead Plaintiff shall file its Consolidated Amended Complaint in the Action by February 19, 2013.

2. The defendants named in that pleading shall respond to the Consolidated Amended Complaint by April 22, 2013.

3. If the defendants move to dismiss the Consolidated Amended Complaint, Lead Plaintiff shall respond to the defendants' motion by June 21, 2013.

4. The defendants shall reply to Lead Plaintiff's opposition brief by August 5, 2013.

Agreed to as of this 19th day of February, 2013.

| | |
|---|---|
| /s/ Trig R. Smith | /s/ Jonathan E. Richman |
| Henry Rosen | Ralph C. Ferrara |
| Patrick Daniels | Jonathan E. Richman |
| Trig R. Smith | Proskauer Rose LLP |
| Nathan Bear | 1001 Pennsylvania Ave., N.W. |
| Robbins Geller Rudman & Dowd LLP | Suite 400 South |
| 655 West Broadway, Suite 1900 | Washington, D.C. 20004 |
| San Diego, CA 92101 | Telephone: (202) 416-5820 |
| Telephone: (619) 231-1058 | Facsimile: (202) 416-6899 |
| Facsimile: (619) 231-7423 | |
| | ON BEHALF OF DEFENDANTS |
| ON BEHALF OF LEAD PLAINTIFF, | VESTAS WIND SYSTEMS A/S AND |
| THE CLASS, AND LEAD COUNSEL | VESTAS-AMERICAN WIND |
| | TECHNOLOGY, INC. |
| | |
| /s/ Mark A. Friel | /s/ Robert L. Aldisert |
| Gary M. Berne | Robert L. Aldisert |
| Steve D. Larson | Perkins Coie, LLP |
| Mark A. Friel | 1120 NW Couch Street, 10th Floor |
| Stoll Stoll Berne Lokting & Shlachter P.C. | Portland, OR 97209-4128 |
| 209 S.W. Oak Street, 5th Floor | Telephone: (503) 727-2056 |
| Portland, OR 97204 | Facsimile: (503) 727-2222 |
| Telephone: (503) 227-1600 | |
| Facsimile: (503) 227-6840 | ON BEHALF OF DEFENDANTS |
| | VESTAS WIND SYSTEMS A/S AND |
| ON BEHALF OF LEAD PLAINTIFF | VESTAS-AMERICAN WIND |
| AND THE CLASS | TECHNOLOGY, INC. |

SO ORDERED this _____ day of February, 2013

_____
JOHN V. ACOSTA
United States Magistrate Judge