UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

---------------------------------------------------------x
                                          :
In re VESTAS WIND SYSTEMS A/S             :   Case No. 3:11-cv-00585-AC
SECURITIES LITIGATION                     :
                                          :
                                          :
---------------------------------------------------------x

## SCHEDULING ORDER

WHEREAS Vestas Wind Systems A/S, Vestas-American Wind Technology, Inc., and certain of their officers, directors, and employees have been named as defendants in one or more putative class actions brought by the Plumbers and Pipefitters Local Union No. 630 Pension-Annuity Trust Fund ("Lead Plaintiff"), on its own behalf and on behalf of specified class members, alleging that defendants engaged in certain conduct in violation of the federal securities laws; and

WHEREAS the putative class actions are pending in the United States District Court for the District of Oregon (the "Court"), and the Court has consolidated the cases under the caption *In re Vestas Wind Systems A/S Securities Litigation,* No. 3:11-cv-00585-AC (the "Action"); and

WHEREAS the parties have agreed (subject to the Court's approval) to the following schedule for the filing of a Consolidated Amended Complaint and for responses to that pleading;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the undersigned as follows:

1. Lead Plaintiff shall file its Consolidated Amended Complaint in the Action by February 19, 2013.

2. The defendants named in that pleading shall respond to the Consolidated Amended Complaint by April 22, 2013.

3. If the defendants move to dismiss the Consolidated Amended Complaint, Lead Plaintiff shall respond to the defendants' motion by June 21, 2013.

4. The defendants shall reply to Lead Plaintiff's opposition brief by August 5, 2013.

Agreed to as of this 19th day of February, 2013.

/s/ Trig R. Smith
Henry Rosen
Patrick Daniels
Trig R. Smith
Nathan Bear
Robbins Geller Rudman & Dowd LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Facsimile: (619) 231-7423

ON BEHALF OF LEAD PLAINTIFF,
THE CLASS, AND LEAD COUNSEL

/s/ Jonathan E. Richman
Ralph C. Ferrara
Jonathan E. Richman
Proskauer Rose LLP
1001 Pennsylvania Ave., N.W.
Suite 400 South
Washington, D.C. 20004
Telephone: (202) 416-5820
Facsimile: (202) 416-6899

ON BEHALF OF DEFENDANTS
VESTAS WIND SYSTEMS A/S AND
VESTAS-AMERICAN WIND
TECHNOLOGY, INC.

/s/ Mark A. Friel
Gary M. Berne
Steve D. Larson
Mark A. Friel
Stoll Stoll Berne Lokting & Shlachter P.C.
209 S.W. Oak Street, 5th Floor
Portland, OR 97204
Telephone: (503) 227-1600
Facsimile: (503) 227-6840

ON BEHALF OF LEAD PLAINTIFF
AND THE CLASS

/s/ Robert L. Aldisert
Robert L. Aldisert
Perkins Coie, LLP
1120 NW Couch Street, 10th Floor
Portland, OR 97209-4128
Telephone: (503) 727-2056
Facsimile: (503) 727-2222

ON BEHALF OF DEFENDANTS
VESTAS WIND SYSTEMS A/S AND
VESTAS-AMERICAN WIND
TECHNOLOGY, INC.

SO ORDERED this 20th day of February, 2013

_____
JOHN V. ACOSTA
United States Magistrate Judge