**Milo Petranovich**, OSB No. 813376
petranovichm@lanepowell.com
**Tanya D. Urbach**, OSB No. 962668
urbacht@lanepowell.com
**LANE POWELL PC**
601 SW Second Avenue, Suite 2100
Portland, Oregon 97204-3158
Telephone: 503.778.2100
Facsimile: 503.778.2200

Attorneys for Defendant Henrik Norremark

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| In re IN RE VESTAS WIND SYSTEMS A/S SECURITIES LITIGATION | Case No. 3:11-cv-00585-AC<br><br>CLASS ACTION |
| This Document Relates To:<br><br>    ALL ACTIONS. | NOTICE OF SUBSTITUTION OF COUNSEL<br><br>By Defendant Henrik Norremark |

PLEASE TAKE NOTICE that defendant Henrik Norremark hereby substitutes Milo Petranovich and Tanya D. Urbach of Lane Powell PC, 601 SW Second Avenue, Suite 2100, Portland, Oregon 97204-3158, as his attorneys of record in place of Robert Aldisert of Perkins Coie, LLP and Ralph C. Ferrara of Proskauer Rose LLP.

PAGE 1 -   NOTICE OF SUBSTITUTION OF COUNSEL

All correspondence, documents, and court notices should be sent to Milo Petranovich and Tanya D. Urbach at the above-referenced address.

DATED:  March 22, 2013

**LANE POWELL** PC


By */s/ Milo Petranovich*
Milo Petranovich, OSB No. 813376
Tanya D. Urbach, OSB No. 962668
Telephone: 503.778.2100
Attorneys for Defendant Henrik Norremark

PAGE 2 -   NOTICE OF SUBSTITUTION OF COUNSEL