**Milo Petranovich**, OSB No. 813376
petranovichm@lanepowell.com
**Tanya D. Urbach**, OSB No. 962668
urbacht@lanepowell.com
**LANE POWELL PC**
601 SW Second Avenue, Suite 2100
Portland, Oregon 97204-3158
Telephone: 503.778.2100
Facsimile: 503.778.2200

Attorneys for Defendant Henrik Norremark

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| In re IN RE VESTAS WIND SYSTEMS A/S SECURITIES LITIGATION | Case No. 3:11-cv-00585-AC <br><br> CLASS ACTION |
| This Document Relates To: <br><br> ALL ACTIONS. | **NOTICE OF APPEARANCE (TANYA D. URBACH)** |

PAGE 1 -   NOTICE OF APPEARANCE (TANYA D. URBACH)

PLEASE BE ADVISED that Tanya D. Urbach of Lane Powell PC represents defendant Henrik Norremark in this action, along with Milo Petranovich, and requests that service of all papers and pleadings herein, except original process, be made upon the undersigned attorneys at their offices.

DATED:  March 22, 2013

LANE POWELL PC

By  s/  Tanya D. Urbach
   Milo Petranovich, OSB No. 813376
   Tanya D. Urbach, OSB No. 962668
   Telephone: 503.778.2100
Attorneys for Defendant Henrik Norremark

PAGE 2 -   NOTICE OF APPEARANCE (TANYA D. URBACH)