Robert L. Aldisert, OSB No. 940433
RAldisert@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

Ralph C. Ferrara
rferrara@proskauer.com
PROSKAUER ROSE LLP
1001 Pennsylvania Ave. N.W. Ste. 400 South
Washington, DC 20004-2533
Telephone:  202.416.5820
Facsimile:  202.416.6899

Jonathan E. Richman
jerichman@proskauer.com
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036-8299
Telephone:  212.969.3448
Facsimile:  212.969.2900

Attorneys for Vestas Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| In re VESTAS WIND SYSTEMS A/S SECURITIES LITIGATION | No.  3:11-cv-00585-AC<br><br>**JOINT MOTION TO EXTEND TIME FOR INDIVIDUAL DEFENDANTS TO RESPOND TO COMPLAINT AND RELATED AGREEMENTS OF THE PARTIES**<br><br>**Pursuant to Fed. R. Civ. P. 6(b) and LR 16-3** |

Pursuant to Local Rule 16-3, the parties jointly move to extend the deadline for the individual defendants to respond to the complaint from the current deadline, April 22, 2013, to 60 days after the court rules on the corporate defendants' Motion to Dismiss.  The reasons for this joint motion and the parties' related agreements are stated in the Stipulation and Proposed

1- JOINT MOTION TO EXTEND TIME FOR INDIVIDUAL DEFENDANTS TO RESPOND TO COMPLAINT AND RELATED AGREEMENTS OF THE PARTIES
66920-0031/LEGAL26174546.1

Perkins Coie LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

Form of Order, filed concurrently herewith.  Pursuant to Local Rule 7-1, all parties agree to this Motion.

DATED:  March 26, 2013

| | |
|---|---|
| s/Trig R. Smith | s/Jonathan E. Richman |
| Henry Rosen | Ralph C. Ferrara |
| Patrick Daniels | Jonathan E. Richman |
| Trig R. Smith | Proskauer Rose LLP |
| Nathan Bear | 1001 Pennsylvania Ave., N.W. |
| Robbins Geller Rudman & Dowd LLP | Suite 400 South |
| 655 West Broadway, Suite 1900 | Washington, D.C.  20004 |
| San Diego, CA  92101 | Telephone:  (202) 416-5820 |
| Telephone:  (619) 231-1058 | |
| | ON BEHALF OF DEFENDANTS |
| ON BEHALF OF LEAD PLAINTIFF, | VESTAS WIND SYSTEMS A/S, |
| THE CLASS, AND LEAD COUNSEL | VESTAS-AMERICAN WIND |
| | TECHNOLOGY, INC., DITLEV ENGEL, |
| | AND BENT ERIK CARLSEN |
| s/Gary M. Berne | s/Robert L. Aldisert |
| Gary M. Berne | Robert L. Aldisert |
| Steve D. Larson | Perkins Coie, LLP |
| Mark A. Friel | 1120 NW Couch Street, 10th Floor |
| Stoll Stoll Berne Lokting & Shlachter P.C. | Portland, OR  97209-4128 |
| 209 S.W. Oak Street, 5th Floor | Telephone:  (503) 727-2056 |
| Portland, OR  97204 | |
| Telephone:  (503) 227-1600 | ON BEHALF OF DEFENDANTS |
| | VESTAS WIND SYSTEMS A/S, |
| ON BEHALF OF LEAD PLAINTIFF | VESTAS-AMERICAN WIND |
| AND THE CLASS | TECHNOLOGY, INC., DITLEV ENGEL, |
| | AND BENT ERIK CARLSEN |
| | s/Tanya Durkee Urbach |
| | Milo Petranovich |
| | Tanya Durkee Urbach |
| | Lane Powell PC |
| | 601 SW Second Ave., Suite 2100 |
| | Portland, OR  97204-3158 |
| | Telephone:  (503) 778-2114 |
| | |
| | ON BEHALF OF DEFENDANT HENRIK NØRREMARK |

2- JOINT MOTION TO EXTEND TIME FOR INDIVIDUAL DEFENDANTS TO RESPOND TO COMPLAINT AND RELATED AGREEMENTS OF THE PARTIES
66920-0031/LEGAL26174546.1

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222