UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

In re Vestas Wind Systems A/S
Securities Litigation

Plaintiff(s),

v.

_____

Defendant(s).

Civil Case No. 3:11-cv-00585-AC

APPLICATION FOR SPECIAL
ADMISSION – *PRO HAC VICE*

Attorney  Julie A. Kearns  requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1) **PERSONAL DATA:**

Name: Kearns, Julie A.
(Last Name) (First Name) (MI) (Suffix)

Firm or Business Affiliation: Robbins Geller Rudman & Dowd LLP
Mailing Address: 655 West Broadway, Suite 1900
City: San Diego   State: CA   Zip: 92101
Phone Number: 619-231-1058   Fax Number: 619-2317423
Business E-mail Address: JKearns@rgrdlaw.com

(2) **BAR ADMISSIONS INFORMATION:**

    (a) State bar admission(s), date(s) of admission, and bar ID number(s):
California, admitted December 1, 2006, Bar ID No. 246949

    (b) Other federal court admission(s), date(s) of admission, and bar ID number(s):
Dist. of Colo.-5/22/2009; So. Dist. of California-5/13/2008; Cent. Dist. of Cal.-5/9/2008; No. Dist. of Cal. 5/22/2009; 5th Cir.- 6/27/2008;

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

    (a) ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    (b) ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have a current professional liability insurance policy in the amount of $ 20,000,000 that will apply in this case, and that policy will remain in effect during the course of these proceedings.

(5) **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
Plaintiffs, Plumbers and Pipefitters Local Union No. 630 Pension-Annuity Trust Fund

(6)  **CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

DATED this  4th  day of  April , 2013

_____
(Signature of Pro Hac Counsel)

Julie A. Kearns
(Typed Name)

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this  5th  day of  April , 2013

/s/Gary M. Berne
(Signature of Local Counsel)

Name:  Berne                    Gary                    M.
        (Last Name)             (First Name)            (MI)           (Suffix)

Oregon State Bar Number:  774077

Firm or Business Affiliation:  Stoll Stoll Berne Lokting & Schlacter PC

Mailing Address:  209 SW Oak Street, Suite 500

City:  Portland                  State:  OR           Zip:  97204

Phone Number:  503-227-1600      Business E-mail Address:  gberne@stollberne.com

---

**COURT ACTION**

☐ Application approved subject to payment of fees.
☐ Application denied.

DATED this _____ day of _____, _____

_____
Judge