

Robert L. Aldisert, OSB No. 940433
RAldisert@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

Ralph C. Ferrara
rferrara@proskauer.com
PROSKAUER ROSE LLP
1001 Pennsylvania Ave. NW, Ste. 400 South
Washington, DC 20004-2533
Telephone:  202.416.5820
Facsimile:  202.416.6899

Jonathan E. Richman
jerichman@proskauer.com
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036-8299
Telephone:  212.969.3448
Facsimile:  212.969.2900

Attorneys for Vestas Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| In re VESTAS WIND SYSTEMS A/S SECURITIES LITIGATION | No.  3:11-cv-00585-AC<br><br>**CLASS ACTION**<br><br>**UNOPPOSED MOTION FOR LEAVE TO FILE MEMORANDUM OF LAW EXCEEDING 35 PAGES IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>**Pursuant to FRCP 7 and LR 7-2(b)**<br><br>**By Defendants Vestas Wind Sysytem A/S and Vestas-American Wind Technology, Inc.** |

Pursuant to Fed. R. Civ. P. 7 and Local Rule 7-2(b), defendants Vestas Wind Systems A/S ("Vestas") and Vestas-American Wind Technology, Inc. ("VAWT") (collectively,

1- UNOPPOSED MOTION FOR LEAVE
   TO FILE EXCESS PAGES

66920-0031/LEGAL26301385.1

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

"Defendants") respectfully move for leave to file a Memorandum of Law not to exceed 55 pages in support of their motion to dismiss plaintiffs' First Amended Complaint for Violation of the Federal Securities Laws.

The reasons for this Motion are stated in the Memorandum and the Declaration of Jonathan E. Richman filed concurrently with this motion.

Pursuant to Local Rule 7-1, Defendants state that all parties agree to the relief requested in this Motion.

DATED:  April 8, 2013

                                      *s/Robert L. Aldisert*
Robert L. Aldisert
Perkins Coie LLP
1120 NW Couch Street, 10th Floor
Portland, OR  97209-4128
Telephone:  (503) 727-2056

Associate Counsel:

Ralph C. Ferrara
Jonathan E. Richman
Proskauer Rose LLP
1001 Pennsylvania Avenue NW
Suite 400 South
Washington, D.C.  20004
Telephone:  (202) 416-5820

Jonathan E. Richman
Proskauer Rose LLP
Eleven Times Square
New York, NY  10036-8299
Telephone:  (212) 969-3448
Facsimile:  (212) 969-2900

ATTORNEYS FOR DEFENDANTS
VESTAS WIND SYSTEMS A/S,
VESTAS-AMERICAN WIND
TECHNOLOGY, INC., DITLEV ENGEL,
AND BENT ERIK CARLSEN

2-   UNOPPOSED MOTION FOR LEAVE
       TO FILE EXCESS PAGES

66920-0031/LEGAL26301385.1

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222