**Gary M. Berne**, OSB No. 774077
Email: gberne@stollberne.com
**Steve D. Larson,** OSB No. 863540
Email: slarson@stollberne.com
**Mark A. Friel**, OSB No. 002592
Email: mfriel@stollberne.com
STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. Oak Street, Fifth Floor
Portland, Oregon 97204
Telephone:     (503) 227-1600
Facsimile:     (503) 227-6840

*Liaison Counsel for Lead Plaintiff Plumbers and Pipefitters
Local Union No. 630 Pension-Annuity Trust Fund*

**Henry Rosen** (admitted *Pro Hac Vice*)
Email:  henryr@rgrdlaw.com
**Trig R. Smith** (admitted *Pro Hac Vice*)
Email:  tsmith@rgrdlaw.com
ROBBINS GELLER RUDMAN & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:     (619) 231-1058
Facsimile:     (619) 231-7423

*Lead Counsel for Lead Plaintiff Plumbers and Pipefitters
Local Union No. 630 Pension-Annuity Trust Fund*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| IN RE:  VESTAS WIND SYSTEMS A/S SECURITIES LITIGATION | Case No. :  3:11-cv-00585-AC<br><br>CLASS ACTION ALLEGATION<br><br>NOTICE OF CHANGE OF ADDRESS FOR DYER & BERENS LLP |

{SSBLS Main Documents\8175\001\00393864-1 }

Page  1 – NOTICE OF CHANGE OF ADDRESS FOR DYER & BERENS LLP

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET
PORTLAND, OREGON 97204
TEL. (503) 227-1600   FAX (503) 227-6840

Notice is hereby given that the law firm of Dyer & Berens LLP has moved its office to **Suite 810** located at the same street address currently reflected in the Court's records. All other contact information for the firm and its attorneys remains unchanged as set forth in the below signature block.

Dated this 9th day of April, 2013.

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.

By:       /s/ Mark A. Friel
**Gary M. Berne**, OSB No. 774077
Email: gberne@stollberne.com
**Steve D. Larson,** OSB No. 863540
Email: slarson@stollberne.com
**Mark A. Friel**, OSB No. 002592
Email: mfriel@stollberne.com
209 SW Oak Street, Suite 500
Portland, OR 97204
Telephone: (503) 227-1600
Facsimile: (503) 227-6840

*Liaison Counsel for Lead Plaintiff Plumbers and Pipefitters Local Union No. 630 Pension-Annuity Trust Fund*

and

**Henry Rosen** (admitted *Pro Hac Vice*)
Email: henryr@rgrdlaw.com
**Trig R. Smith** (admitted *Pro Hac Vice*)\
Email: tsmith@rgrdlaw.com
ROBBINS GELLER RUDMAN & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone:     (619) 231-1058
Facsimile:     (619) 231-7423

*Lead Counsel for Lead Plaintiff Plumbers and Pipefitters Local Union No. 630 Pension-Annuity Trust Fund*

{SSBLS Main Documents\8175\001\00393864-1 }

Page 2 – NOTICE OF CHANGE OF ADDRESS FOR DYER & BERENS LLP

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET
PORTLAND, OREGON 97204
TEL. (503) 227-1600   FAX (503) 227-6840

**Jeffrey A. Berens** (admitted *Pro Hac Vice*)
Email:  jeff@dyerberens.com
DYER & BERENS LLP
303 East 17th Avenue, Suite 810
Denver, CO 80203
Telephone:     (303) 861-1764
Facsimile:       (303) 395-0393

*Additional Counsel for Plaintiffs*

{SSBLS Main Documents\8175\001\00393864-1 }

Page  3 – NOTICE OF CHANGE OF ADDRESS FOR DYER & BERENS LLP