**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**

In re Vestas Wind Systems A/S

Securities Litigation

Plaintiff(s),

v.

Defendant(s).

Civil Case No. 3:11-cv-00585-AC

APPLICATION FOR SPECIAL
ADMISSION – *PRO HAC VICE*

Attorney  Julie A. Kearns   requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:**  I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1)  **PERSONAL DATA:**

Name:  Kearns          Julie          A.
       (Last Name)     (First Name)   (MI)      (Suffix)

Firm or Business Affiliation: Robbins Geller Rudman & Dowd LLP

Mailing Address:  655 West Broadway, Suite 1900

City: San Diego     State: CA     Zip: 92101

Phone Number: 619-231-1058     Fax Number: 619-2317423

Business E-mail Address: JKearns@rgrdlaw.com

(2)    **BAR ADMISSIONS INFORMATION:**

    (a)    State bar admission(s), date(s) of admission, and bar ID number(s):
        California, admitted December 1, 2006, Bar ID No. 246949

    (b)    Other federal court admission(s), date(s) of admission, and bar ID number(s):
        Dist. of Colo.-5/22/2009; So. Dist. of California-5/13/2008; Cent. Dist.
        of Cal.-5/9/2008; No. Dist. of Cal. 5/22/2009; 5th Cir.- 6/27/2008;

(3)    **CERTIFICATION OF DISCIPLINARY ACTIONS:**

    (a)    ☑    I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    (b)    ☐    I am now or have been subject to disciplinary action from a state or federal bar association.  (See attached letter of explanation.)

(4)    **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have a current professional liability insurance policy in the amount of $ 20,000,000 that will apply in this case, and that policy will remain in effect during the course of these proceedings.

(5)    **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
Plaintiffs, Plumbers and Pipefitters Local Union No. 630 Pension-
Annuity Trust Fund

(6)    **CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

DATED this __4th__ day of __April__, __2013__

_____
(Signature of Pro Hac Counsel)

Julie A. Kearns
_____
(Typed Name)

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this __5th__ day of __April__, __2013__

___/s/Gary M. Berne_____
(Signature of Local Counsel)

Name: __Berne__          __Gary__          __M.__
(Last Name)          (First Name)          (MI)          (Suffix)

Oregon State Bar Number: __774077__

Firm or Business Affiliation: __Stoll Stoll Berne Lokting & Schlacter PC__

Mailing Address: __209 SW Oak Street, Suite 500__

City: __Portland__          State: __OR__          Zip: __97204__

Phone Number: __503-227-1600__          Business E-mail Address: __gberne@stollberne.com__

---

**COURT ACTION**

☒ Application approved subject to payment of fees.

☐ Application denied.

DATED this __8__ day of __April__, __2013__

___/s/ John V. Acosta_____
Judge

---