Robert L. Aldisert, OSB No. 940433 (Lead Counsel)
raldisert@perkinscoie.com
PERKINS COIE LLP
1120 NW Couch Street, 10th Floor
Portland, OR  97209-4128
Telephone:  (503) 727-2056
Facsimile:  (503) 727-2222

Ralph C. Ferrara
rferrara@proskauer.com
PROSKAUER ROSE LLP
1001 Pennsylvania Ave., N.W.
Suite 400 South
Washington, D.C.  20004
Telephone:  (202) 416-5820
Facsimile:  (202) 416-6899

Jonathan E. Richman
jerichman@proskauer.com
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY  10036-8299
Telephone:  (212) 969-3448
Facsimile:  (212) 969-2900

Counsel for Defendants Vestas Wind Systems A/S
and Vestas-American Wind Technology, Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| **In re VESTAS WIND SYSTEMS A/S SECURITIES LITIGATION**<br><br>**This Document Relates to:**<br><br>**ALL ACTIONS** | Case No. 3:11-cv-00585-AC<br><br>**CLASS ACTION**<br><br>**VESTAS WIND SYSTEMS A/S AND VESTAS-AMERICAN WIND TECHNOLOGY, INC.'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>**ORAL ARGUMENT REQUESTED** |

1  VESTAS' MOTION TO DISMISS
    PLAINTIFFS' FIRST AMENDED COMPLAINT
66920-0031/LEGAL26443616.1

Perkins Coie LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

## Local Rule 7-1 Certification

Pursuant to Local Rule 7-1, the parties made a good-faith effort through personal or telephone conferences to resolve the issues in dispute in this Motion to Dismiss, but have been unable to do so.

## Motion

Pursuant to Federal Rule of Civil Procedure 12(b)(6), defendants Vestas Wind Systems A/S and Vestas-American Wind Technology, Inc. (collectively, "Vestas") respectfully move to dismiss all claims in plaintiffs' First Amended Complaint for Violation of the Federal Securities Laws (the "Complaint"), with prejudice. The reasons for this motion are stated in the accompanying Memorandum of Law and the Declaration of Jonathan E. Richman, Esq., filed concurrently with this motion.

Defendant Henrik Nørremark is filing a separate motion to dismiss the Complaint. Pursuant to the Court's Order dated March 27, 2013, defendants Bent Erik Carlsen and Ditlev Engel have an extension of time to respond to the Complaint until 60 days after the Court rules on Vestas' Motion to Dismiss.

Dated: April 22, 2013                                Respectfully submitted,

Ralph C. Ferrara
Proskauer Rose LLP
1001 Pennsylvania Ave., N.W.
Suite 400 South
Washington, D.C. 20004
Telephone: (202) 416-5820

Jonathan E. Richman
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036-8299
Telephone: (212) 969-3448

*s/ Robert L. Aldisert*
Robert L. Aldisert, OSB No. 940433
Perkins Coie LLP
1120 NW Couch Street, 10th Floor
Facsimile: (503) 727-2222
Telephone: (503) 727-2056
Portland, OR 97209-4128

*Attorneys for Defendants Vestas Wind Systems, A/S and Vestas-American Wind Technology, Inc.*

2   VESTAS' MOTION TO DISMISS
PLAINTIFFS' FIRST AMENDED COMPLAINT
66920-0031/LEGAL26443616.1

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222