**Milo Petranovich**, OSB No. 813376
petranovichm@lanepowell.com
**Tanya D. Urbach**, OSB No. 962668
urbacht@lanepowell.com
**LANE POWELL PC**
601 SW Second Avenue, Suite 2100
Portland, Oregon 97204-3158
Telephone: 503.778.2100
Facsimile: 503.778.2200

Attorneys for Defendant Henrik Nørremark

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| In re IN RE VESTAS WIND SYSTEMS A/S SECURITIES LITIGATION | Case No. 3:11-cv-00585-AC <br><br> <u>CLASS ACTION</u> |
| This Document Relates To: <br><br> ALL ACTIONS. | Defendant Henrik Nørremark 's MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT <br><br> (ORAL ARGUMENT REQUESTED) |

### LR 7-1 CERTIFICATE OF COMPLIANCE

Counsel for defendant Henrik Nørremark ("defendant Nørremark") certifies that she attempted to confer in good faith with plaintiff's counsel on April 17, 2013, via telephone conference. The parties were not able to resolve this dispute.

### MOTION

Pursuant to Federal Rule of Civil Procedure 12(b)(6) and Federal Rule of Civil Procedure 9, defendant Nørremark, by and through his counsel of record, respectfully moves this Court to

PAGE 1 -   DEFENDANT HENRIK NØRREMARK'S MOTION TO DISMISS PLAINTIFFS'
             FIRST AMENDED COMPLAINT

dismiss plaintiffs' First Amended Complaint with prejudice, because it fails to state a claim for which relief can be granted.

This motion is supported by defendant Nørremark's accompanying Memorandum in Support of the Motion to Dismiss, Vestas Wind Systems A/S and Vestas-American Wind Technology, Inc.'s Memorandum in Support of Motion to Dismiss Plaintiffs' First Amended Complaint, Nørremark's Request for Judicial Notice, the Declaration of Tanya D. Urbach in Support of Request for Judicial Notice, and the files and records of this case.

DATED:  April 22, 2013

                               LANE POWELL PC


                               By  s/ Tanya D. Urbach
                                  Milo Petranovich, OSB No. 813376
                                  Tanya D. Urbach, OSB No. 962668
                                  Telephone: 503.778.2100
                       Attorneys for Defendant Henrik Nørremark

PAGE 2 -   DEFENDANT HENRIK NØRREMARK'S MOTION TO DISMISS PLAINTIFFS'
           FIRST AMENDED COMPLAINT

**LANE POWELL PC**
601 SW SECOND AVENUE, SUITE 2100
710269.0001/5652189.1          PORTLAND, OREGON 97204-3158
503.778.2100 FAX: 503.778.2200