**Milo Petranovich**, OSB No. 813376
petranovichm@lanepowell.com
**Tanya D. Urbach**, OSB No. 962668
urbacht@lanepowell.com
**LANE POWELL PC**
601 SW Second Avenue, Suite 2100
Portland, Oregon 97204-3158
Telephone: 503.778.2100
Facsimile: 503.778.2200

Attorneys for Defendant Henrik Nørremark

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| In re IN RE VESTAS WIND SYSTEMS A/S SECURITIES LITIGATION | Case No. 3:11-cv-00585-AC <u>CLASS ACTION</u> |
| This Document Relates To:<br><br>ALL ACTIONS. | DECLARATION OF TANYA D. URBACH IN SUPPORT OF DEFENDANT HENRIK NØRREMARK'S REQUEST FOR JUDICIAL NOTICE |

I, Tanya D. Urbach, declare as follows:

1. I am an attorney at Lane Powell PC, attorneys of record for defendant Henrik Nørremark. I am competent to make this declaration based on my personal knowledge. I make this declaration (a) in support of defendant Henrik Nørremark's Request for Judicial Notice.

2. On April 17, 2013, my colleague Milo Petranovich and I conferred with plaintiffs' counsel via telephone in an effort to resolve the issues presented in Mr. Nørremark's Request for

PAGE 1 -    DECLARATION OF TANYA D. URBACH

Judicial Notice and we were, to some extent, unable to do so. Plaintiffs' counsel has indicated he will not oppose this Court taking judicial notice of any document directly referenced in plaintiffs' First Amended Complaint or relied on by Plaintiffs in the First Amended Complaint, but that he reserves his right to dispute the appropriateness of this Court taking judicial notice of any documents not so referenced.

3. Attached as Exhibit 1 is a true and correct copy of the pertinent portion of Vestas Wind Systems A/S' ("Vestas") 2009 Annual Report as published on February 10, 2010, and which is presently publicly available on Vestas' website. Due to the voluminous nature of this document, only the pertinent portions are being filed electronically. A true and correct copy of the entire Vestas' 2009 Annual Report will be filed conventionally.

4. Attached as Exhibit 2 is a true and correct copy of the pertinent portion of Vestas' 2010 Annual Report as published on February 9, 2011, and which is presently publicly available on Vestas' website. Due to the voluminous nature of this document, only the pertinent portions are being filed electronically. A true and correct copy of the entire Vestas' 2009 Annual Report will be filed conventionally.

5. Attached as Exhibit 3 is a true and correct copy of Vestas' Announcement of Vestas Executives' trading with securities, November 9, 2009 (filed with the Danish Financial Supervisory Authority), which is presently publicly available on Vestas' website.

6. Attached as Exhibit 4 is a true and correct copy of Vestas' Announcement of Vestas Executives' trading with securities, February 11, 2010 (filed with the Danish Financial Supervisory Authority), which is presently publicly available on Vestas' website.

7. Attached as Exhibit 5 is a true and correct copy of Vestas' Announcement of Vestas Executives' trading with securities, February 12, 2010 (filed with the Danish Financial Supervisory Authority), which is presently publicly available on Vestas' website.

PAGE 2 -   DECLARATION OF TANYA D. URBACH

8. Attached as Exhibit 6 is a true and correct copy of Vestas' Announcement of Vestas Executives' trading with securities, February 15, 2010 (filed with the Danish Financial Supervisory Authority), which is presently publicly available on Vestas' website.

9. Attached as Exhibit 7 is a true and correct copy of Vestas' Announcement of Vestas Executives' trading with securities, March 8, 2010 (filed with the Danish Financial Supervisory Authority), which is presently publicly available on Vestas' website.

10. Attached as Exhibit 8 is a true and correct copy of Vestas' Announcement of Vestas Executives' trading with securities, May 7, 2010 (filed with the Danish Financial Supervisory Authority), which is presently publicly available on Vestas' website.

11. Attached as Exhibit 9 is a true and correct copy of Vestas' Announcement of Vestas Executives' trading with securities, May 11, 2010 (filed with the Danish Financial Supervisory Authority), which is presently publicly available on Vestas' website.

12. Attached as Exhibit 10 is a true and correct copy of Vestas' Announcement of Vestas Executives' trading with securities, August 18, 2010 (filed with the Danish Financial Supervisory Authority), which is presently publicly available on Vestas' website.

13. Attached as Exhibit 11 is a true and correct copy of Vestas' Announcement of Vestas Executives' trading with securities, August 19, 2010 (filed with the Danish Financial Supervisory Authority), which is presently publicly available on Vestas' website.

14. Attached as Exhibit 12 is a true and correct copy of Vestas' Announcement of Vestas Executives' trading with securities, August 20, 2010 (filed with the Danish Financial Supervisory Authority), which is presently publicly available on Vestas' website.

15. Attached as Exhibit 13 is a true and correct copy of Vestas' Announcement of Vestas Executives' trading with securities, August 20, 2010 (filed with the Danish Financial Supervisory Authority), which is presently publicly available on Vestas' website.

PAGE 3 -   DECLARATION OF TANYA D. URBACH

16. Attached as Exhibit 14 is a true and correct copy of Vestas' Announcement of Vestas Executives' trading with securities, August 23, 2010 (filed with the Danish Financial Supervisory Authority), which is presently publicly available on Vestas' website.

17. Attached as Exhibit 15 is a true and correct copy of Vestas' Announcement of Vestas Executives' trading with securities, August 24, 2010 (filed with the Danish Financial Supervisory Authority), which is presently publicly available on Vestas' website.

18. Attached as Exhibit 16 is a true and correct copy of Vestas' Announcement of Vestas Executives' trading with securities, August 25, 2010 (filed with the Danish Financial Supervisory Authority), which is presently publicly available on Vestas' website.

19. Attached as Exhibit 17 is a true and correct copy of Vestas' Announcement of Vestas Executives' trading with securities, August 30, 2010 (filed with the Danish Financial Supervisory Authority), which is presently publicly available on Vestas' website.

20. Attached as Exhibit 18 is a true and correct copy of Vestas' Announcement of Vestas Executives' trading with securities, September 1, 2010 (filed with the Danish Financial Supervisory Authority), which is presently publicly available on Vestas' website.

21. Attached as Exhibit 19 is a true and correct copy of Vestas' Announcement of Vestas Executives' trading with securities, September 10, 2010 (filed with the Danish Financial Supervisory Authority), which is presently publicly available on Vestas' website.

22. Attached as Exhibit 20 is a true and correct copy of Vestas' Announcement of Vestas Executives' trading with securities, October 26, 2010 (filed with the Danish Financial Supervisory Authority), which is presently publicly available on Vestas' website.

23. Attached as Exhibit 21 is a true and correct copy of Vestas' Announcement of Vestas Executives' trading with securities, October 27, 2010 (filed with the Danish Financial Supervisory Authority), which is presently publicly available on Vestas' website.

24.     Attached as Exhibit 22 is a true and correct copy of Vestas' Announcement of Vestas Executives' trading with securities, October 29, 2010 (filed with the Danish Financial Supervisory Authority), which is presently publicly available on Vestas' website.

25.     Attached as Exhibit 23 is a true and correct copy of Vestas' Interim financial report for the second quarter of 2009, which is presently publicly available on Vestas' website.

26.     Attached as Exhibit 24 is a true and correct copy of the Company Announcement from Vestas Wind Systems A/S dated November 22, 2010, which is presently publicly available on Vestas' website.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 22nd day of April 2013, at Portland, Oregon.

                             s/  Tanya D. Urbach
                             Tanya D. Urbach

PAGE 5 -   DECLARATION OF TANYA D. URBACH

**LANE POWELL PC**
601 SW SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204-3158
503.778.2100 FAX: 503.778.2200

710269.0001/5648227.1