

# Annual report 2010

Wind. It means the world to us.™

Ex. 2, page 1
Urbach Decl.

## 32  Management's option programme and shareholdings (continued)

**Management's holdings of Vestas shares**
The internal rules regarding the trading in Vestas shares for the Board of Directors, the Executive Management and certain employees only allow trading in the four weeks following the publication of the annual report and quarterly reports.

|  | Balance at 1 January | Purchased in the year | Sold in the year | Balance 31 December | Market value[*] tEUR |
|---|---:|---:|---:|---:|---:|
| **THE BOARD OF DIRECTORS** | | | | | |
| Bent Erik Carlsen | 98,120 | 8,000 | - | 106,120 | 2,507 |
| Torsten Erik Rasmussen | 3,837 | 4,000 | - | 7,837 | 185 |
| Elly Smedegaard Rex | 0 | - | - | 0 | 0 |
| Freddy Frandsen | 3,653 | - | - | 3,653 | 86 |
| Håkan Eriksson | 0 | - | - | 0 | 0 |
| Jørgen Huno Rasmussen | 500 | - | - | 500 | 12 |
| Jørn Ankær Thomsen | 0 | 2,500 | - | 2,500 | 59 |
| Kim Hvid Thomsen | 2,657 | 484 | - | 3,141 | 74 |
| Kurt Anker Nielsen | 1,600 | 4,650 | - | 6,250 | 148 |
| Michael Abildgaard Lisbjerg | 150 | 278 | - | 428 | 10 |
| Ola Rollén | 200 | - | - | 200 | 5 |
| Sussie Dvinge Agerbo | 2,400 | 600 | - | 3,000 | 71 |
|  | **113,117** | **20,512** | **-** | **133,629** | **3,157** |
| **EXECUTIVE MANAGEMENT** | | | | | |
| Ditlev Engel | 224 | 2,000 | - | 2,224 | 53 |
| Henrik Nørremark | 3,213 | - | 3,000 | 213 | 5 |
|  | **3,437** | **2,000** | **3,000** | **2,437** | **58** |

[*] The calculation of the year-end market value is based on the share price quoted on the NASDAQ OMX Copenhagen at the end of the year (DKK 176.10).