**Vestas.**

Finanstilsynet
(The Danish Financial Supervisory Authority)
Gl. Kongevej 74 A
1850 Frederiksberg C
Denmark

Randers, 9 November 2009
Insiders' trading - announcement No. 01/2009
Page 1 of 1

**Announcement of Vestas Executives' trading with securities**

In accordance with section 28 a of the Danish Securities Trading Act, Vestas Wind Systems A/S is required to publish information regarding trading in Vestas Wind Systems A/S shares and securities by Executives and persons closely associated with an Executive.

The statement is based on a report which Vestas Wind Systems A/S has received from one of the Executives on 6 November 2009.

| Name: | Ola Rollén |
|---|---|
| Position of Executive: | Member of the Board of Directors |
| Issuer: | Vestas Wind Systems A/S |
| ID code: | DK0010268606 |
| Type of securities: | Shares |
| Type of transaction: | Purchase |
| Date of trading: | 06.11.2009 |
| Place of transaction: | Nasdaq OMX Copenhagen |
| Number of securities traded: | 200 |
| Market value (DKK) of securities traded: | DKK 75,450 |

Any questions may be addressed to the Executive Management at Vestas Wind Systems A/S, telephone +45 9730 0000.

Yours sincerely
**Vestas Wind Systems A/S**

Ditlev Engel
President and CEO

Alsvej 21, 8940 Randers SV, Denmark
Tel. +45 9730 0000, Fax. +45 9730 0001, E-mail. vestas@vestas.com, Web: www.vestas.com
Bank: Nordea Bank Danmark A/S, Reg. No.. 2100, Account No., DKK 0851 117097 - EUR 5005 677997
Company Reg. No. 10 40 37 82
Company Reg. Name: Vestas Wind Systems A/S

Ex. 3, page 1
Urbach Decl

**Vestas.**

Finanstilsynet
(The Danish Financial Supervisory Authority)
Gl. Kongevej 74 A
1850 Frederiksberg C
Denmark

Randers, 11 February 2010
Insiders' trading - announcement No. 1/2010
Page 1 of 1

### Announcement of Vestas Executives' trading with securities

In accordance with section 28 a of the Danish Securities Trading Act, Vestas Wind Systems A/S is required to publish information regarding trading in Vestas Wind Systems A/S shares and securities by Executives and persons closely associated with an Executive.

The statement is based on reports received by Vestas Wind Systems A/S from Executives on 10 and 11 February 2010.

| Name: | Kurt Anker Nielsen |
|---|---|
| Position of Executive: | Member of the Board of Vestas Wind Systems A/S |
| Purchaser: | KAN ApS |
| Issuer: | Vestas Wind Systems A/S |
| ID code: | DK0010268606 |
| Type of securities: | Shares |
| Type of transaction: | Purchase |
| Date of trading: | 10 February 2010 |
| Place of transaction: | NASDAQ OMX Copenhagen |
| Number of securities traded: | 700 |
| Market value (DKK) of securities traded: | DKK 196,000 |

| Name: | Torsten Erik Rasmussen |
|---|---|
| Position of Executive: | Deputy chairman of the Board of Vestas Wind Systems A/S |
| Purchaser: | Morgan Management ApS |
| Issuer: | Vestas Wind Systems A/S |
| ID code: | DK0010268606 |
| Type of securities: | Shares |
| Type of transaction: | Purchase |
| Date of trading: | 11 February 2010 |
| Place of transaction: | NASDAQ OMX Copenhagen |
| Number of securities traded: | 2,000 |
| Market value (DKK) of securities traded: | DKK 539,400 |

Any questions may be addressed to the Executive Management at Vestas Wind Systems A/S, telephone +45 9730 0000.

Yours sincerely
**Vestas Wind Systems A/S**

Ditlev Engel
President and CEO

Vestas Wind Systems A/S          Alsvej 21, 8940 Randers SV, Denmark
Tel +45 9730 0000, Fax +45 9730 0001, E-mail vestas@vestas.com, Web www.vestas.com
Bank Nordea Bank Danmark A/S, Reg No 2100, Account No DKK 0651 117097 - EUR 5005 677997
Company Reg No 10 40 37 82
Company Reg. Name: Vestas Wind Systems A/S

Ex. 4, page 1
Urbach Decl

**Vesta.**

Finanstilsynet
(The Danish Financial Supervisory Authority)
Gl. Kongevej 74 A
1850 Frederiksberg C
Denmark

Randers, 12 February 2010
Insiders' trading - announcement No. 2/2010
Page 1 of 1

**Announcement of Vestas Executives' trading with securities**

In accordance with section 28 a of the Danish Securities Trading Act, Vestas Wind Systems A/S is required to publish information regarding trading in Vestas Wind Systems A/S shares and securities by Executives and persons closely associated with an Executive.

The statement is based on reports received by Vestas Wind Systems A/S from Executives on 12 February 2010.

| | |
|---|---|
| Name: | Peter C Brun |
| Position of Executive: | Senior Vice President, Group Government Relations, Vestas Wind Systems A/S |
| Issuer: | Vestas Wind Systems A/S |
| ID code: | DK0010268606 |
| Type of securities: | Shares |
| Type of transaction: | Purchase |
| Date of trading: | 11 February 2010 |
| Place of transaction: | NASDAQ OMX Copenhagen |
| Number of securities traded: | 359 |
| Market value (DKK) of securities traded: | DKK 99,830 |

| | |
|---|---|
| Name: | Michael A Lisbjerg |
| Position of Executive: | Member of the Board of Vestas Wind Systems A/S |
| Issuer: | Vestas Wind Systems A/S |
| ID code: | DK0010268606 |
| Type of securities: | Shares |
| Type of transaction: | Purchase |
| Date of trading: | 12 February 2010 |
| Place of transaction: | NASDAQ OMX Copenhagen |
| Number of securities traded: | 184 |
| Market value (DKK) of securities traded: | DKK 50,894 |

Any questions may be addressed to the Executive Management at Vestas Wind Systems A/S, telephone +45 9730 0000.

Yours sincerely
**Vestas Wind Systems A/S**

Ditlev Engel
President and CEO

Ex. 5, page 1
Urbach Decl

**Vestas.**

Finanstilsynet
(The Danish Financial Supervisory Authority)
Gl. Kongevej 74 A
1850 Frederiksberg C
Denmark

Randers, 15 February 2010
Insiders' trading - announcement No. 3/2010
Page 1 of 1

**Announcement of Vestas Executives' trading with securities**

In accordance with section 28 a of the Danish Securities Trading Act, Vestas Wind Systems A/S is required to publish information regarding trading in Vestas Wind Systems A/S shares and securities by Executives and persons closely associated with an Executive.

The statement is based on a report received by Vestas Wind Systems A/S from an Executive on 15 February 2010.

| | |
|---|---|
| Name: | Henrik Nørremark |
| Position of Executive: | Executive Vice President and CFO |
| Issuer: | Vestas Wind Systems A/S |
| ID code: | DK0010268606 |
| Type of securities: | Shares |
| Type of transaction: | Sale |
| Date of trading: | 15 February 2010 |
| Place of transaction: | NASDAQ OMX Copenhagen |
| Number of securities traded: | 3,000 |
| Market value (DKK) of securities traded: | DKK 817,920 |

Any questions may be addressed to the Executive Management at Vestas Wind Systems A/S, telephone +45 9730 0000.

Yours sincerely
**Vestas Wind Systems A/S**

Ditlev Engel
President and CEO

Ex. 6, page 1
Urbach Decl

**Vestas.**

Finanstilsynet
(The Danish Financial Supervisory Authority)
Gl. Kongevej 74 A
1850 Frederiksberg C
Denmark

Randers, 8 March 2010
Insiders' trading - announcement No. 4/2010
Page 1 of 1

**Announcement of Vestas Executives' trading with securities**

In accordance with section 28 a of the Danish Securities Trading Act, Vestas Wind Systems A/S is required to publish information regarding trading in Vestas Wind Systems A/S shares and securities by Executives and persons closely associated with an Executive.

The statement is based on a report received by Vestas Wind Systems A/S from an Executive on 8 March 2010.

| Name: | Peter C Brun |
|---|---|
| Position of Executive: | Senior Vice President, Group Government Relations, Vestas Wind Systems A/S |
| Issuer: | Vestas Wind Systems A/S |
| ID code: | DK0010268606 |
| Type of securities: | Shares |
| Type of transaction: | Purchase |
| Date of trading: | 12 February 2010 |
| Place of transaction: | NASDAQ OMX Copenhagen |
| Number of securities traded: | 369 |
| Market value (DKK) of securities traded: | DKK 99,999 |

Any questions may be addressed to the Executive Management at Vestas Wind Systems A/S, telephone +45 9730 0000.

Yours sincerely
**Vestas Wind Systems A/S**

Ditlev Engel
President and CEO

Ex. 8, page 1
Urbach Decl

**Vestas.**

Finanstilsynet (The Danish Financial Supervisory Authority)
Gl. Kongevej 74 A
1850 Frederiksberg C
Denmark

Randers, 7 May 2010
Insiders' trading - announcement No. 5/2010
Page 1 of 1

**Announcement of Vestas Executives' trading with securities**

In accordance with section 28 a of the Danish Securities Trading Act, Vestas Wind Systems A/S is required to publish information regarding trading in Vestas Wind Systems A/S shares and securities by Executives and persons closely associated with an Executive.

The statement is based on a report which Vestas Wind Systems A/S has received from one of the Executives on 7 May 2010.

| | |
|---|---|
| Name: | Søren Lomholt Husted |
| Position of Executive: | President of Vestas Nacelles |
| Issuer: | Vestas Wind Systems A/S |
| ID code: | DK0010268606 |
| Type of securities: | Shares |
| Type of transaction. | Purchase (exercise of share options) |
| Date of trading: | 5 May 2010 |
| Place of transaction: | NASDAQ OMX Copenhagen |
| Number of securities traded: | 2,550 |
| Market value (DKK) of securities traded: | DKK 376,380.00 |

| | |
|---|---|
| Name: | Søren Lomholt Husted |
| Position of Executive: | President of Vestas Nacelles |
| Issuer: | Vestas Wind Systems A/S |
| ID code: | DK0010268606 |
| Type of securities: | Shares |
| Type of transaction: | Sale |
| Date of trading: | 7 May 2010 |
| Place of transaction: | NASDAQ OMX Copenhagen |
| Number of securities traded: | 2,550 |
| Market value (DKK) of securities traded: | DKK 765,102.00 |

Any questions may be addressed to the Executive Management at Vestas Wind Systems A/S, telephone +45 9730 0000.

Yours sincerely
**Vestas Wind Systems A/S**

Ditlev Engel
President and CEO

**Vestas Wind Systems A/S**    Alsvej 21, 8940 Randers SV, Denmark
Tel. +45 9730 0000, Fax· +45 9730 0001, E-mail. vestas@vestas.com, Web. www.vestas.com
Bank· Nordea Bank Danmark A/S, Reg. No : 2100, Account No., DKK 0651 117097 - EUR 5005 677997
Company Reg. No  10 40 37 82
Company Reg Name· Vestas Wind Systems A/S

Ex. 8, page 1
Urbach Decl

**Vestas.**

Finanstilsynet (The Danish Financial Supervisory Authority)
Gl. Kongevej 74 A
1850 Frederiksberg C
Denmark

Randers, 11 May 2010
Insiders' trading - announcement No. 6/2010
Page 1 of 1

**Announcement of Vestas Executives' trading with securities**

In accordance with section 28 a of the Danish Securities Trading Act, Vestas Wind Systems A/S is required to publish information regarding trading in Vestas Wind Systems A/S shares and securities by Executives and persons closely associated with an Executive.

The statement is based on a report which Vestas Wind Systems A/S has received from one of the Executives on 11 May 2010.

| | |
|---|---|
| Name: | Finn Strøm Madsen |
| Position of Executive: | President of Vestas Technology R&D |
| Issuer: | Vestas Wind Systems A/S |
| ID code: | DK0010268606 |
| Type of securities: | Shares |
| Type of transaction: | Purchase |
| Date of trading: | 11 May 2010 |
| Place of transaction: | NASDAQ OMX Copenhagen |
| Number of securities traded: | 420 |
| Market value (DKK) of securities traded: | DKK 130,200.00 |

Any questions may be addressed to the Executive Management at Vestas Wind Systems A/S, telephone +45 9730 0000.

Yours sincerely
**Vestas Wind Systems A/S**

Ditlev Engel
President and CEO

Ex. 9, page 1
Urbach Decl

# Vestas.

Finanstilsynet
(The Danish Financial Supervisory Authority)
Gl. Kongevej 74 A
1850 Frederiksberg C
Denmark

Randers, 18 August 2010
Insiders' trading - announcement No. 7/2010
Page 1 of 2

## Announcement of Vestas Executives' trading with securities

In accordance with section 28 a of the Danish Securities Trading Act, Vestas Wind Systems A/S is
required to publish information regarding trading in Vestas Wind Systems A/S shares and securities by
Executives and persons closely associated with an Executive.

The statement is based on reports which Vestas Wind Systems A/S have received from some of the
Executives on 18 August 2010.

| Name: | Sussie Dvinge Agerbo |
|---|---|
| Position of Executive: | Member of the Board, Vestas Wind Systems A/S |
| Issuer: | Vestas Wind Systems A/S |
| ID code: | DK0010268606 |
| Type of securities: | Shares |
| Type of transaction: | Purchase |
| Date of trading: | 18 August 2010 |
| Place of transaction: | Nasdaq OMX Copenhagen |
| Number of securities traded: | 600 |
| Market value (DKK) of securities traded: | DKK 149,400.00 |

| Name: | Kurt Anker Nielsen |
|---|---|
| Position of Executive: | Member of the Board, Vestas Wind Systems A/S |
| Issuer: | Vestas Wind Systems A/S |
| ID code: | DK0010268606 |
| Type of securities: | Shares |
| Type of transaction: | Purchase |
| Date of trading: | 18 August 2010 |
| Place of transaction: | Nasdaq OMX Copenhagen |
| Number of securities traded: | 1,000 |
| Market value (DKK) of securities traded: | DKK 237,600.00 |

Vestas Wind Systems A/S    Alsvej 21, 8940 Randers SV, Denmark
Tel +45 9730 0000, Fax +45 9730 0001, E-mail: vestas@vestas.com, Web: www.vestas.com
Bank: Nordea Bank Danmark A/S, Reg. No · 2100, Account No.. DKK 0651 117097 - EUR 5005 677997
Company Reg. No.. 10 40 37 82
Company Reg. Name: Vestas Wind Systems A/S

Ex. 10, page 1
Urbach Decl

**Vestas.**

Randers, 18 August 2010
Insiders' trading - announcement No. 7/2010
Page 2 of 2

| Name: | Kurt Anker Nielsen |
|---|---|
| Position of Executive: | Member of the Board, Vestas Wind Systems A/S |
| Related party: | KAN aps |
| Issuer: | Vestas Wind Systems A/S |
| ID code: | DK0010268606 |
| Type of securities: | Shares |
| Type of transaction: | Purchase |
| Date of trading: | 18 August 2010 |
| Place of transaction: | Nasdaq OMX Copenhagen |
| Number of securities traded: | 500 |
| Market value (DKK) of securities traded: | DKK 123,150 00 |

| Name: | Kurt Anker Nielsen |
|---|---|
| Position of Executive: | Member of the Board, Vestas Wind Systems A/S |
| Related party: | Susanne Nielsen |
| Issuer: | Vestas Wind Systems A/S |
| ID code: | DK0010268606 |
| Type of securities: | Shares |
| Type of transaction: | Purchase |
| Date of trading: | 18 August 2010 |
| Place of transaction: | Nasdaq OMX Copenhagen |
| Number of securities traded: | 1,450 |
| Market value (DKK) of securities traded: | DKK 339,300.00 |

| Name: | Søren Husted |
|---|---|
| Position of Executive: | President, Vestas Nacelles |
| Issuer: | Vestas Wind Systems A/S |
| ID code: | DK0010268606 |
| Type of securities: | Shares |
| Type of transaction: | Purchase |
| Date of trading: | 18 August 2010 |
| Place of transaction: | Nasdaq OMX Copenhagen |
| Number of securities traded: | 500 |
| Market value (DKK) of securities traded: | DKK 128,150.00 |

Any questions may be addressed to the Executive Management at Vestas Wind Systems A/S, telephone +45 9730 0000.

Yours sincerely
**Vestas Wind Systems A/S**

Ditlev Engel
President and CEO

Vestas Wind Systems A/S    Alsvej 21, 8940 Randers SV, Denmark
Tel· +45 9730 0000, Fax· +45 9730 0001, E-mail· vestas@vestas.com, Web. www.vestas.com
Bank: Nordea Bank Danmark A/S, Reg. No · 2100, Account No.: DKK 0651 117997 - EUR 5005 677997
Company Reg  No · 10 40 37 82
Company Reg. Name  Vestas Wind Systems A/S

Ex. 10, page 2
Urbach Decl

**Vestas.**

Finanstilsynet
(The Danish Financial Supervisory Authority)
Gl. Kongevej 74 A
1850 Frederiksberg C
Denmark

Randers, 19 August 2010
Insiders' trading - announcement No. 8/2010
Page 1 of 1

**Announcement of Vestas Executives' trading with securities**

In accordance with section 28 a of the Danish Securities Trading Act, Vestas Wind Systems A/S is required to publish information regarding trading in Vestas Wind Systems A/S shares and securities by Executives and persons closely associated with an Executive.

The statement is based on reports which Vestas Wind Systems A/S has received from some of the Executives on 19 August 2010.

| | |
|---|---|
| Name: | Bent Erik Carlsen |
| Position of Executive: | Chairman of the Board, Vestas Wind Systems A/S |
| Issuer: | Vestas Wind Systems A/S |
| ID code: | DK0010268606 |
| Type of securities: | Shares |
| Type of transaction: | Purchase |
| Date of trading: | 19 August 2010 |
| Place of transaction: | Nasdaq OMX Copenhagen |
| Number of securities traded: | 8,000 |
| Market value (DKK) of securities traded: | DKK 1,959,880.00 |

| | |
|---|---|
| Name: | Bjarne Ravn Sørensen |
| Position of Executive: | President, Vestas Control Systems |
| Issuer: | Vestas Wind Systems A/S |
| ID code: | DK0010268606 |
| Type of securities: | Shares |
| Type of transaction: | Purchase |
| Date of trading: | 19 August 2010 |
| Place of transaction: | Nasdaq OMX Copenhagen |
| Number of securities traded: | 820 |
| Market value (DKK) of securities traded: | DKK 198,768.00 |

Any questions may be addressed to the Executive Management at Vestas Wind Systems A/S, telephone +45 9730 0000.

Yours sincerely
**Vestas Wind Systems A/S**

Ditlev Engel
President and CEO

Vestas Wind Systems A/S        Alsvej 21, 8940 Randers SV, Denmark
Tel +45 9730 0000, Fax. +45 9730 0001, E-mail. vestas@vestas.com, Web. www.vestas.com
Bank: Nordea Bank Danmark A/S, Reg No. 2100, Account No : DKK 0651 117097 - EUR 5005 677997
Company Reg. No.. 10 40 37 82
Company Reg. Name: Vestas Wind Systems A/S

Ex. 11, page 1
Urbach Decl



Finanstilsynet
(The Danish Financial Supervisory Authority)
Gl. Kongevej 74 A
1850 Frederiksberg C
Denmark

Randers, 20 August 2010
Insiders' trading - announcement No. 9/2010
Page 1 of 1

**Announcement of Vestas Executives' trading with securities**

In accordance with section 28 a of the Danish Securities Trading Act, Vestas Wind Systems A/S is required to publish information regarding trading in Vestas Wind Systems A/S shares and securities by Executives and persons closely associated with an Executive.

The statement is based on reports which Vestas Wind Systems A/S has received from some of the Executives on 19 August 2010.

| Name: | Ditlev Engel |
|---|---|
| Position of Executive: | President & CEO, Vestas Wind Systems A/S |
| Related party: | Marianne Engel |
| Issuer: | Vestas Wind Systems A/S |
| ID code: | DK0010268606 |
| Type of securities: | Shares |
| Type of transaction: | Purchase |
| Date of trading: | 19 August 2010 |
| Place of transaction: | Nasdaq OMX Copenhagen |
| Number of securities traded: | 2,000 |
| Market value (DKK) of securities traded: | DKK 497,955.10 |

| Name: | Michael A Lisbjerg |
|---|---|
| Position of Executive: | Member of the Board, Vestas Wind Systems A/S |
| Issuer: | Vestas Wind Systems A/S |
| ID code: | DK0010268606 |
| Type of securities: | Shares |
| Type of transaction: | Purchase |
| Date of trading: | 19 August 2010 |
| Place of transaction: | Nasdaq OMX Copenhagen |
| Number of securities traded: | 94 |
| Market value (DKK) of securities traded: | DKK 23,340.20 |

Any questions may be addressed to the Executive Management at Vestas Wind Systems A/S, telephone +45 9730 0000.

Yours sincerely
**Vestas Wind Systems A/S**

Ditlev Engel
President and CEO

Vestas Wind Systems A/S          Alsvej 21, 8940 Randers SV, Denmark
Tel· +45 9730 0000, Fax: +45 9730 0001, E-mail, vestas@vestas.com, Web. www.vestas.com
Bank: Nordea Bank Danmark A/S, Reg  No.· 2100, Account No.. DKK 0651 117097 - EUR 5005 677997
Company Reg. No  10 40 37 82
Company Reg. Name: Vestas Wind Systems A/S

Ex. 12, page 1
Urbach Decl



Finanstilsynet
(The Danish Financial Supervisory Authority)
Gl. Kongevej 74 A
1850 Frederiksberg C
Denmark

Randers, 20 August 2010
Insiders' trading - announcement No. 10/2010
Page 1 of 1

**Announcement of Vestas Executives' trading with securities**

In accordance with section 28 a of the Danish Securities Trading Act, Vestas Wind Systems A/S is required to publish information regarding trading in Vestas Wind Systems A/S shares and securities by Executives and persons closely associated with an Executive.

The statement is based on reports which Vestas Wind Systems A/S has received from some of the Executives on 20 August 2010.

| | |
|---|---|
| Name: | John Skat Dalgaard |
| Position of Executive: | SVP, GEO, Vestas Wind Systems A/S |
| Related party: | ARJ Invest ApS |
| Issuer: | Vestas Wind Systems A/S |
| ID code: | DK0010268606 |
| Type of securities: | Shares |
| Type of transaction: | Purchase |
| Date of trading: | 19 August 2010 |
| Place of transaction: | Nasdaq OMX Copenhagen |
| Number of securities traded: | 850 |
| Market value (DKK) of securities traded: | DKK 205,700.00 |

| | |
|---|---|
| Name: | Finn Strøm Madsen |
| Position of Executive: | President, Vestas Technology R&D |
| Issuer: | Vestas Wind Systems A/S |
| ID code: | DK0010268606 |
| Type of securities: | Shares |
| Type of transaction: | Purchase |
| Date of trading: | 20 August 2010 |
| Place of transaction: | Nasdaq OMX Copenhagen |
| Number of securities traded: | 320 |
| Market value (DKK) of securities traded: | DKK 75,648.00 |

Any questions may be addressed to the Executive Management at Vestas Wind Systems A/S, telephone +45 9730 0000.

Yours sincerely
**Vestas Wind Systems A/S**

Ditlev Engel
President and CEO

Vestas Wind Systems A/S    Alsvej 21, 8940 Randers SV, Denmark
Tel. +45 9730 0000, Fax. +45 9730 0001, E-mail vestas@vestas.com, Web: www.vestas.com
Bank. Nordea Bank Denmark A/S, Reg. No. 2100, Account No. DKK 0651 117097 - EUR 5005 677997
Company Reg. No. 10 40 37 82
Company Reg. Name: Vestas Wind Systems A/S

Ex. 13, page 1
Urbach Decl

**Vestas**

Finanstilsynet
(The Danish Financial Supervisory Authority)
Gl. Kongevej 74 A
1850 Frederiksberg C
Denmark

Randers, 23 August 2010
Insiders' trading - announcement No. 11/2010
Page 1 of 2

**Announcement of Vestas Executives' trading with securities**

In accordance with section 28 a of the Danish Securities Trading Act, Vestas Wind Systems A/S is required to publish information regarding trading in Vestas Wind Systems A/S shares and securities by Executives and persons closely associated with an Executive.

The statement is based on reports which Vestas Wind Systems A/S has received from some of the Executives on 20 August 2010 - 22 August 2010.

| Name: | Klaus Steen Mortensen |
|---|---|
| Position of Executive: | President, Vestas Northern Europe |
| Issuer: | Vestas Wind Systems A/S |
| ID code: | DK0010268606 |
| Type of securities: | Shares |
| Type of transaction: | Purchase |
| Date of trading: | 19 August 2010 |
| Place of transaction: | NASDAQ OMX Copenhagen |
| Number of securities traded: | 999 |
| Market value (DKK) of securities traded: | DKK 248,651.10 |

| Name: | Kim Hvid Thomsen |
|---|---|
| Position of Executive: | Member of the Board, Vestas Wind Systems A/S |
| Issuer: | Vestas Wind Systems A/S |
| ID code: | DK0010268606 |
| Type of securities: | Shares |
| Type of transaction: | Purchase |
| Date of trading: | 20 August 2010 |
| Place of transaction: | NASDAQ OMX Copenhagen |
| Number of securities traded: | 420 |
| Market value (DKK) of securities traded: | DKK 99,792.00 |

Ex. 14, page 1
Urbach Decl



Randers, 23 August 2010
Insiders' trading - announcement No. 11/2010
Page 2 of 2

| Name: | Kim Hvid Thomsen |
|---|---|
| Position of Executive: | Member of the Board, Vestas Wind Systems A/S |
| Related party: | Jette Ulrich Thomsen |
| Issuer: | Vestas Wind Systems A/S |
| ID code: | DK0010268606 |
| Type of securities: | Shares |
| Type of transaction: | Purchase |
| Date of trading: | 20 August 2010 |
| Place of transaction: | NASDAQ OMX Copenhagen |
| Number of securities traded: | 64 |
| Market value (DKK) of securities traded: | DKK 15,206.40 |

| Name: | Henrik Hald Hellmuth |
|---|---|
| Position of Executive: | Senior Vice President, Group Treasurer, Group Treasury |
| Issuer: | Vestas Wind Systems A/S |
| ID code: | DK0010268606 |
| Type of securities: | Shares |
| Type of transaction: | Purchase |
| Date of trading: | 20 August 2010 |
| Place of transaction: | NASDAQ OMX Copenhagen |
| Number of securities traded: | 1,000 |
| Market value (DKK) of securities traded: | DKK 236,800.00 |

| Name: | Peter C. Brun |
|---|---|
| Position of Executive: | Senior Vice President, Group Government Relations |
| Issuer: | Vestas Wind Systems A/S |
| ID code: | DK0010268606 |
| Type of securities: | Shares |
| Type of transaction: | Purchase |
| Date of trading: | 20 August 2010 |
| Place of transaction: | NASDAQ OMX Copenhagen |
| Number of securities traded: | 633 |
| Market value (DKK) of securities traded: | DKK 149,601.00 |

Any questions may be addressed to the Executive Management at Vestas Wind Systems A/S,
telephone +45 9730 0000.

Yours sincerely
**Vestas Wind Systems A/S**


Ditlev Engel
President and CEO

Vestas Wind Systems A/S    Alsvej 21, 8940 Randers SV, Denmark
Tel: +45 9730 0000, Fax +45 9730 0001, E-mail vestas@vestas.com, Web: www.vestas.com
Bank: Nordea Bank Danmark A/S, Reg. No. 2100, Account No. DKK 0651 117097 - EUR 5005 677997
Company Reg. No : 10 40 37 82
Company Reg. Name: Vestas Wind Systems A/S

Ex. 14, page 2
Urbach Decl

**Vestas**

Finanstilsynet
(The Danish Financial Supervisory Authority)
Gl. Kongevej 74 A
1850 Frederiksberg C
Denmark

Randers, 24 August 2010
Insiders' trading – announcement No. 12/2010
Page 1 of 1

### Announcement of Vestas Executives' trading with securities

In accordance with section 28 a of the Danish Securities Trading Act, Vestas Wind Systems A/S is required to publish information regarding trading in Vestas Wind Systems A/S shares and securities by Executives and persons closely associated with an Executive.

The statement is based on a report which Vestas Wind Systems A/S has received from one of the Executives on 24 August 2010.

| Name: | Torben Bonde |
|---|---|
| Position of Executive: | Senior Vice President, Group IT |
| Issuer: | Vestas Wind Systems A/S |
| ID code: | DK0010268606 |
| Type of securities: | Shares |
| Type of transaction: | Purchase |
| Date of trading: | 24 August 2010 |
| Place of transaction: | NASDAQ OMX Copenhagen |
| Number of securities traded: | 412 |
| Market value (DKK) of securities traded: | DKK 99,292.00 |

Any questions may be addressed to the Executive Management at Vestas Wind Systems A/S, telephone +45 9730 0000.

Yours sincerely
**Vestas Wind Systems A/S**

Ditlev Engel
President and CEO

Vestas Wind Systems A/S          Alsvej 21, 8940 Randers SV, Denmark
Tel. +45 9730 0000, Fax: +45 9730 0001, E-mail. vestas@vestas.com, Web: www.vestas.com
Bank: Nordea Bank Danmark A/S, Reg. No.. 2100, Account No.: DKK 0651 117097 - EUR 5005 677997
Company Reg. No . 10 40 37 82
Company Reg. Name: Vestas Wind Systems A/S

Ex. 15, page 1
Urbach Decl

**Vestas**

Finanstilsynet
(The Danish Financial Supervisory Authority)
Gl. Kongevej 74 A
1850 Frederiksberg C
Denmark

Randers, 25 August 2010
Insiders' trading - announcement No. 13/2010
Page 1 of 1

### Announcement of Vestas Executives' trading with securities

In accordance with section 28 a of the Danish Securities Trading Act, Vestas Wind Systems A/S is required to publish information regarding trading in Vestas Wind Systems A/S shares and securities by Executives and persons closely associated with an Executive.

The statement is based on a report which Vestas Wind Systems A/S has received from one of the Executives on 25 August 2010.

| | |
|---|---|
| Name: | Knud Bjarne Hansen |
| Position of Executive: | President, Vestas Towers |
| Issuer: | Vestas Wind Systems A/S |
| ID code: | DK0010268606 |
| Type of securities: | Shares |
| Type of transaction: | Purchase |
| Date of trading: | 24 August 2010 |
| Place of transaction: | NASDAQ OMX Copenhagen |
| Number of securities traded: | 205 |
| Market value (DKK) of securities traded: | DKK 49,589.50 |

Any questions may be addressed to the Executive Management at Vestas Wind Systems A/S, telephone +45 9730 0000.

Yours sincerely
**Vestas Wind Systems A/S**

Ditlev Engel
President and CEO

Ex. 16, page 1
Urbach Decl

**Vestas.**

Finanstilsynet
(The Danish Financial Supervisory Authority)
Gl. Kongevej 74 A
1850 Frederiksberg C
Denmark

Randers, 30 August 2010
Insiders' trading - announcement No. 14/2010
Page 1 of 1

**Announcement of Vestas Executives' trading with securities**

In accordance with section 28 a of the Danish Securities Trading Act, Vestas Wind Systems A/S is required to publish information regarding trading in Vestas Wind Systems A/S shares and securities by Executives and persons closely associated with an Executive.

The statement is based on a report which Vestas Wind Systems A/S has received from one of the Executives on 28 August 2010.

| | |
|---|---|
| Name: | Tommy Rahbek Nielsen |
| Position of Executive: | Senior Vice President, Group Forecasting & Planning |
| Issuer: | Vestas Wind Systems A/S |
| ID code: | DK0010268606 |
| Type of securities: | Shares |
| Type of transaction: | Purchase |
| Date of trading: | 27 August 2010 |
| Place of transaction: | NASDAQ OMX Copenhagen |
| Number of securities traded: | 220 |
| Market value (DKK) of securities traded: | DKK 50,160.00 |

Any questions may be addressed to the Executive Management at Vestas Wind Systems A/S, telephone +45 9730 0000.

Yours sincerely
**Vestas Wind Systems A/S**

Ditlev Engel
President and CEO

Ex. 17, page 1
Urbach Decl

**Vestas.**

Finanstilsynet
(The Danish Financial Supervisory Authority)
Gl. Kongevej 74 A
1850 Frederiksberg C
Denmark

Randers, 1 September 2010
Insiders' trading - announcement No. 15/2010
Page 1 of 1

**Announcement of Vestas Executives' trading with securities**

In accordance with section 28 a of the Danish Securities Trading Act, Vestas Wind Systems A/S is required to publish information regarding trading in Vestas Wind Systems A/S shares and securities by Executives and persons closely associated with an Executive.

The statement is based on a report which Vestas Wind Systems A/S has received from one of the Executives on 1 September 2010.

| Name: | Torsten Erik Rasmussen |
|---|---|
| Position of Executive: | Deputy chairman of the Board of Vestas Wind Systems A/S |
| Purchaser: | Morgan Management ApS |
| Issuer: | Vestas Wind Systems A/S |
| ID code: | DK0010268606 |
| Type of securities: | Shares |
| Type of transaction: | Purchase |
| Date of trading: | 1 September 2010 |
| Place of transaction: | NASDAQ OMX Copenhagen |
| Number of securities traded: | 2,000 |
| Market value (DKK) of securities traded: | DKK 449,840.00 |

Any questions may be addressed to the Executive Management at Vestas Wind Systems A/S, telephone +45 9730 0000.

Yours sincerely
**Vestas Wind Systems A/S**

Ditlev Engel
President and CEO

Vestas Wind Systems A/S

Alsvej 21, 8940 Randers SV, Denmark
Tel: +45 9730 0000, Fax: +45 9730 0001, E-mail· vestas@vestas.com, Web· www.vestas.com
Bank. Nordea Bank Denmark A/S, Reg  No· 2100, Account No · DKK 0651 117097 - EUR 5005 677997
Company Reg  No., 10 40 37 82
Company Reg  Name: Vestas Wind Systems A/S

Ex. 18, page 1
Urbach Decl

**Vestas.**

Finanstilsynet
(The Danish Financial Supervisory Authority)
Gl. Kongevej 74 A
1850 Frederiksberg C
Denmark

Randers, 10 September 2010
Insiders' trading - announcement No. 16/2010
Page 1 of 1

**Announcement of Vestas Executives' trading with securities**

In accordance with section 28 a of the Danish Securities Trading Act, Vestas Wind Systems A/S is required to publish information regarding trading in Vestas Wind Systems A/S shares and securities by Executives and persons closely associated with an Executive.

The statement is based on a report which Vestas Wind Systems A/S has received from one of the Executives on 10 September 2010.

| | |
|---|---|
| Name: | Kurt Anker Nielsen |
| Position of Executive: | Member of the Board, Vestas Wind Systems A/S |
| Related party: | KAN aps |
| Issuer: | Vestas Wind Systems A/S |
| ID code. | DK0010268606 |
| Type of securities: | Shares |
| Type of transaction: | Purchase |
| Date of trading: | 10 September 2010 |
| Place of transaction: | NASDAQ OMX Copenhagen |
| Number of securities traded: | 1,000 |
| Market value (DKK) of securities traded: | DKK 206,600.00 |

Any questions may be addressed to the Executive Management at Vestas Wind Systems A/S, telephone +45 9730 0000.

Yours sincerely
**Vestas Wind Systems A/S**

Ditlev Engel
President and CEO

Ex. 19, page 1
Urbach Decl

**Vestas.**

Finanstilsynet
(The Danish Financial Supervisory Authority)
Gl. Kongevej 74 A
1850 Frederiksberg C
Denmark

Randers, 26 October 2010
Insiders' trading - announcement No. 17/2010
Page 1 of 1

**Announcement of Vestas Executives' trading with securities**

In accordance with section 28 a of the Danish Securities Trading Act, Vestas Wind Systems A/S is required to publish information regarding trading in Vestas Wind Systems A/S shares and securities by Executives and persons closely associated with an Executive.

The statement is based on a report which Vestas Wind Systems A/S has received from one of the Executives on 26 October 2010.

| Name: | Jørn Ankær Thomsen |
|---|---|
| Position of Executive: | Member of the Board, Vestas Wind Systems A/S |
| Issuer: | Vestas Wind Systems A/S |
| ID code: | DK0010268606 |
| Type of securities: | Shares |
| Type of transaction: | Purchase |
| Date of trading: | 26 October 2010 |
| Place of transaction: | NASDAQ OMX Copenhagen |
| Number of securities traded: | 2,000 |
| Market value (DKK) of securities traded: | DKK 378,600.00 |

Any questions may be addressed to the Executive Management at Vestas Wind Systems A/S, telephone +45 9730 0000.

Yours sincerely
**Vestas Wind Systems A/S**

Ditlev Engel
President and CEO

Vestas Wind Systems A/S

Alsvej 21, 8940 Randers SV, Denmark
Tel· +45 9730 0000, Fax ·+45 9730 0001, E-mail· vestas@vestas.com, Web. www.vestas.com
Bank Nordea Bank Danmark A/S, Reg. No.: 2100, Account No.. DKK 0651 117097 - EUR 5005 677997
Company Reg. No.· 10 40 37 82
Company Reg. Name  Vestas Wind Systems A/S

Ex. 20, page 1
Urbach Decl



Finanstilsynet
(The Danish Financial Supervisory Authority)
Gl. Kongevej 74 A
1850 Frederiksberg C
Denmark

Randers, 27 October 2010
Insiders' trading - announcement No. 18/2010
Page 1 of 1

**Announcement of Vestas Executives' trading with securities**

In accordance with section 28 a of the Danish Securities Trading Act, Vestas Wind Systems A/S is required to publish information regarding trading in Vestas Wind Systems A/S shares and securities by Executives and persons closely associated with an Executive.

The statement is based on a report which Vestas Wind Systems A/S has received from one of the Executives on 27 October 2010.

| Name: | Finn Strøm Madsen |
|---|---|
| Position of Executive: | President, Vestas Technology R&D |
| Issuer: | Vestas Wind Systems A/S |
| ID code: | DK0010268606 |
| Type of securities: | Shares |
| Type of transaction: | Purchase |
| Date of trading: | 27 October 2010 |
| Place of transaction: | NASDAQ OMX Copenhagen |
| Number of securities traded: | 695 |
| Market value (DKK) of securities traded: | DKK 125,100.00 |

Any questions may be addressed to the Executive Management at Vestas Wind Systems A/S, telephone +45 9730 0000.

Yours sincerely
**Vestas Wind Systems A/S**

Ditlev Engel
President and CEO

Vestas Wind Systems A/S

Alsvej 21, 8940 Randers SV, Denmark
Tel. +45 9730 0000, Fax. +45 9730 0001, E-mail. vestas@vestas.com, Web: www.vestas.com
Bank: Nordea Bank Danmark A/S, Reg. No. 2100, Account No.: DKK 0651 117097 - EUR 5005 677997
Company Reg. No. 10 40 37 82
Company Reg. Name: Vestas Wind Systems A/S

Ex. 21, page 1
Urbach Decl

**Vestas.**

Finanstilsynet
(The Danish Financial Supervisory Authority)
Gl. Kongevej 74 A
1850 Frederiksberg C
Denmark

Randers, 29 October 2010
Insiders' trading - announcement No. 19/2010
Page 1 of 1

**Announcement of Vestas Executives' trading with securities**

In accordance with section 28 a of the Danish Securities Trading Act, Vestas Wind Systems A/S is required to publish information regarding trading in Vestas Wind Systems A/S shares and securities by Executives and persons closely associated with an Executive.

The statement is based on a report which Vestas Wind Systems A/S has received from one of the Executives on 29 October 2010.

| | |
|---|---|
| Name: | Jørn Ankær Thomsen |
| Position of Executive: | Member of the Board, Vestas Wind Systems A/S |
| Issuer: | Vestas Wind Systems A/S |
| ID code: | DK0010268606 |
| Type of securities: | Shares |
| Type of transaction: | Purchase |
| Date of trading: | 29 October 2010 |
| Place of transaction: | NASDAQ OMX Copenhagen |
| Number of securities traded: | 500 |
| Market value (DKK) of securities traded: | DKK 85,700.00 |

Any questions may be addressed to the Executive Management at Vestas Wind Systems A/S, telephone +45 9730 0000.

Yours sincerely
**Vestas Wind Systems A/S**

Ditlev Engel
President and CEO

Ex. 22, page 1
Urbach Decl