**GARY M. BERNE**, OSB No. 774077
Email:  gberne@stollberne.com
**STEVE D. LARSON**, OSB No. 863540
Email:  slarson@stollberne.com
**MARK A. FRIEL**, OSB No. 002592
Email:  mfriel@stollberne.com
STOLL STOLL BERNE LOKTING
   & SHLACHTER P.C.
209 S.W. Oak Street, 5th Floor
Portland, OR  97204
Telephone:  503/227-1600
503/227-6840 (fax)

Liaison Counsel

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| In re VESTAS WIND SYSTEMS A/S SECURITIES LITIGATION ) ) ) | Case No. 3:11-cv-00585-AC<br><br>CLASS ACTION |
| This Document Relates To:<br><br>ALL ACTIONS. ) ) ) ) ) | NOTICE OF WITHDRAWAL OF ATTORNEY PURSUANT TO LR 83-11(b) |

PLEASE TAKE NOTICE that Joy Ann Bull , one of the counsel of record for Lead Plaintiff Plumbers and Pipefitters Local Union No. 630 Pension-Annuity Trust Fund, and whose *Pro Hac Vice* Application was entered by this Court on March 20, 2012, has retired from Robbins Geller Rudman & Dowd LLP ("Robbins Geller"), and hereby requests to be removed from the Court's ECF notification in the above-captioned, consolidated actions. Plaintiffs will continue to be represented by Keith F. Park, Henry Rosen, Trig R. Smith and Julie A. Kearns of Robbins Geller.

DATED: April 23, 2013    s/ JULIE A. KEARNS

ROBBINS GELLER RUDMAN
  & DOWD LLP
KEITH F. PARK
HENRY ROSEN
TRIG R. SMITH
JULIE A. KEARNS
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
Email:  keithp@rgrdlaw.com
Email:  henryr@rgrdlaw.com
Email:  tsmith@rgrdlaw.com
Email:  jkearns@rgrdlaw.com

Lead Counsel for Plaintiffs

**GARY M. BERNE**, OSB No. 774077
Email:  gberne@stollberne.com
**STEVE D. LARSON**, OSB No. 863540
Email:  slarson@stollberne.com
**MARK A. FRIEL**, OSB No. 002592
Email:  mfriel@stollberne.com
STOLL STOLL BERNE LOKTING
  & SHLACHTER P.C.
209 S.W. Oak Street, 5th Floor
Portland, OR  97204
Telephone:  503/227-1600
503/227-6840 (fax)

Liaison Counsel

SUGARMAN & SUSSKIND
HOWARD S. SUSSKIND
100 Miracle Mile, Suite 300
Coral Gables, FL  33134
Telephone:  305/529-2801
305/447-8115 (fax)

Additional Counsel for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2013, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 23, 2013.

s/ JULIE A. KEARNS
JULIE A. KEARNS

ROBBINS GELLER RUDMAN
&amp; DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail: JKearns@rgrdlaw.com

# Mailing Information for a Case 3:11-cv-00585-AC

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Robert L. Aldisert**
  raldisert@perkinscoie.com,skroberts@perkinscoie.com,docketpor@perkinscoie.com,adargis@perkinscoie.com

- **Jeffrey A. Berens**
  jeff@dyerberens.com

- **Gary M. Berne**
  gberne@stollberne.com,abuck@stollberne.com

- **Joy Ann Bull**
  joyb@rgrdlaw.com

- **Marshall P. Dees**
  mdees@holzerlaw.com

- **Ralph C. Ferrara**
  rferrara@proskauer.com

- **Michael I. Fistel , Jr**
  mfistel@holzerlaw.com,cyoung@holzerlaw.com

- **Mark A. Friel**
  mfriel@stollberne.com,dhaner@stollberne.com

- **Julie A. Kearns**
  JKearns@rgrdlaw.com

- **Steve D. Larson**
  slarson@stollberne.com,gseaman@stollberne.com

- **Keith F. Park**
  keithp@rgrdlaw.com

- **Milo Petranovich**
  petranovichm@lanepowell.com,pettingerk@lanepowell.com,docketing-pdx@lanepowell.com

- **Jonathan E. Richman**
  jerichman@proskauer.com

- **Henry Rosen**
  henryr@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Trig R. Smith**
  tsmith@rgrdlaw.com,e_file_sd@rgrdlaw.com,susanw@rgrdlaw.com

- **Tanya Durkee Urbach**
  urbacht@lanepowell.com,pinkleyl@lanepowell.com,docketing-PDX@lanepowell.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`