**Milo Petranovich**, OSB No. 813376
petranovichm@lanepowell.com
**Tanya D. Urbach**, OSB No. 962668
urbacht@lanepowell.com
**LANE POWELL PC**
601 SW Second Avenue, Suite 2100
Portland, Oregon 97204-3158
Telephone: 503.778.2100
Facsimile: 503.778.2200

Attorneys for Defendant Henrik Nørremark

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| In re IN RE VESTAS WIND SYSTEMS A/S SECURITIES LITIGATION | Case No. 3:11-cv-00585-AC<br><br><u>CLASS ACTION</u> |
| This Document Relates To:<br><br>ALL ACTIONS. | NOTICE OF FILING OF EXHIBIT 1 AND EXHIBIT 2 ATTACHED TO DECLARATION OF TANYA D. URBACH IN SUPPORT OF DEFENDANT HENRIK NØRREMARK'S REQUEST FOR JUDICIAL NOTICE |

Attached hereto as Exhibit 1 is a true and correct copy of Vestas Wind Systems A/S' ("Vestas") 2009 Annual Report as published on February 10, 2010, in its entirety, which is publicly available on Vestas' website. Attached as Exhibit 2 is a true and correct copy of Vestas' 2010 Annual Report as published on February 9, 2011, in its entirety, which is publicly available on Vestas' website. Due to technical issues that presented the electronic filing of the entire

PAGE 1 -   NOTICE OF FILING OF EXHIBIT 1 AND EXHIBIT 2

content of Exhibits 1 and 2, only the pertinent portions of Exhibits 1 and 2 were attached to the Declaration of Tanya D. Urbach in Support of Defendant Henrik Nørremark's Request for Judicial Notice and filed on April 22, 2013.  Though counsel for Nørremark had intended to conventionally file these Exhibits in their entireties, after working with the Court, the technical issues that had previously prevented electronic filing have been resolved so the Exhibits are now being filed electronically.

Dated this 23rd day of April 2013.

LANE POWELL PC


By  s/  Tanya D. Urbach
    Milo Petranovich, OSB No. 813376
    Tanya D. Urbach, OSB No. 962668
    Telephone: 503.778.2100
    Facsimile: 503.778.2200
Attorneys for Defendant Henrik Nørremark

PAGE 2 -   NOTICE OF FILING OF EXHIBIT 1 AND EXHIBIT 2

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2013, I caused to be served a copy of the foregoing NOTICE OF FILING OF EXHIBIT 1 AND EXHIBIT 2 ATTACHED TO DECLARATION OF TANYA D. URBACH IN SUPPORT OF DEFENDANT HENRIK NØRREMARK'S REQUEST FOR JUDICIAL NOTICE on the following person(s) in the manner indicated below at the following address(es):

Henry Rosen, Esq.
Trig R. Smith, Esq.
Robbins Geller Rudman & Dowd LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone: (619) 231-1058
E-Mail: henryr@rgrdlaw.com
E-Mail: tsmith@rgrdlaw.com

Gary M. Berne, Esq.
Steve D. Larson, Esq.
Stoll Stoll Berne Lokting & Shlachter P.C.
209 SW Oak Street, Suite 500
Portland, OR  97204-2740
Telephone: (503) 227-1600
Facsimile: (503) 227-6840
E-Mail: gberne@stollberne.com
E-Mail: slarson@stollberne.com

Marshall P. Dees, Esq.
Michael I. Fistel, Esq.
Holzer Holzer & Fistel, LLC
200 Ashford Center North, Suite 4300
Atlanta, GA  30338
Telephone: (770) 392-0090
E-Mail: mdees@holzerlaw.com
E-Mail: mfistel@holzerlaw.com

Ralph C. Ferrara, Esq.
Proskauer Rose LLP
1001 Pennsylvania Ave. N.W.
Suite 400 South
Washington, DC  20004-2563
Telephone: (202) 416-5820
E-Mail: rferrara@proskauer.com

Jonathan E. Richman, Esq.
Proskauer Rose LLP
Eleven Times Square
New York, NY  10036-8299
Telephone: (212) 969-3448
E-Mail: jerichman@proskauer.com

Robert L. Aldisert, Esq.
Perkins Coie LLP
1120 NW Couch Street, 10th Floor
Portland, OR  97209-4128
Telephone: (503) 727-2000
E-Mail: raldisert@perkinscoie.com

*Attorneys for Defendants Vestas Wind Systems A/S, Vestas-American Wind Technology, Inc., Ditlev Engel, and Bent Erik Carlsen*

CERTIFICATE OF SERVICE

Jeffrey A. Berens, Esq.
Dyer & Berens LLP
303 East 17th Avenue, Suite 300
Denver, CO 80203
Telephone: (303) 861-1764
E-Mail: jeff@dyerberens.com

    *Attorneys for Lead Plaintiff and The Class*

☐ **by CM/ECF**
☐ **by Electronic Mail**
☐ **by Facsimile Transmission**
☑ **by First Class Mail**
☐ **by Hand Delivery**
☐ **by Overnight Delivery**

                                                                                            s/   Tanya D. Urbach
                                                          Tanya D. Urbach

CERTIFICATE OF SERVICE