**Gary M. Berne**, OSB No. 774077
Email: gberne@stollberne.com
**Steve D. Larson,** OSB No. 863540
Email: slarson@stollberne.com
**Mark A. Friel**, OSB No. 002592
Email: mfriel@stollberne.com
STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. Oak Street, Fifth Floor
Portland, Oregon 97204
Telephone: (503) 227-1600
Facsimile: (503) 227-6840

*Liaison Counsel for Lead Plaintiff Plumbers and Pipefitters
Local Union No. 630 Pension-Annuity Trust Fund*

**Henry Rosen** (admitted *Pro Hac Vice*)
Email: henryr@rgrdlaw.com
**Trig R. Smith** (admitted *Pro Hac Vice*)
Email: tsmith@rgrdlaw.com
ROBBINS GELLER RUDMAN & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Facsimile: (619) 231-7423

*Lead Counsel for Lead Plaintiff Plumbers and Pipefitters
Local Union No. 630 Pension-Annuity Trust Fund*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| IN RE: VESTAS WIND SYSTEMS A/S SECURITIES LITIGATION | Case No. : 3:11-cv-00585-AC <br><br> CLASS ACTION ALLEGATION <br><br> MEMORANDUM IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE MEMORANDUM OF LAW EXCEEDING 35 PAGES IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT |

{SSBLS Main Documents\8175\001\00403915-1 }
Page 1 – MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION FOR LEAVE TO
  FILE EXCESS PAGES

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET
PORTLAND, OREGON 97204
TEL. (503) 227-1600   FAX (503) 227-6840

Pursuant to FRCP 7(b), plaintiffs request an extension, not to exceed 20 pages, of the page limit under LR 7-2(b) for their single, consolidated memorandum in opposition to defendants' motions to dismiss plaintiffs' First Amended Complaint. Plaintiffs have attempted to brief the issues raised by defendants as concisely as possible, but have not been able to do so in 35 pages or less.

On April 9, 2013 (Doc. No. 84) the Court granted the motion of defendants Vestas Wind Systems A/S and Vestas-American Wind Technology, Inc. (collectively, the "Vestas Defendants") to file a memorandum in support of their motion to dismiss not to exceed 55 pages. On April 22, 2013 (Doc Nos. 88 and 91), the Vestas Defendants filed their memorandum of 55 pages, and Defendant Henrik Nørremark filed a separate memorandum in support of his motion to dismiss of 17 pages. Plaintiffs' single, consolidated memorandum in response to the motions to dismiss will not exceed 55 pages.

Defendants do not oppose this motion.

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

{SSBLS Main Documents\8175\001\00403915-1 }
Page 2 – MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET
PORTLAND, OREGON 97204
TEL. (503) 227-1600  FAX (503) 227-6840

Plaintiffs respectfully request that this motion be granted, and that they be given leave to file a single consolidated memorandum of up to 55 pages in length in response to defendants' motions to dismiss plaintiffs' First Amended Complaint.

Dated this 13th day of June, 2013.

                        STOLL STOLL BERNE LOKTING & SHLACHTER P.C.

                        By: /s/ Mark A. Friel
                            **Gary M. Berne**, OSB No. 774077
                            Email: gberne@stollberne.com
                            **Steve D. Larson,** OSB No. 863540
                            Email: slarson@stollberne.com
                            **Mark A. Friel**, OSB No. 002592
                            Email: mfriel@stollberne.com
209 SW Oak Street, Suite 500
Portland, OR 97204
Telephone: (503) 227-1600
Facsimile: (503) 227-6840

*Liaison Counsel for Lead Plaintiff Plumbers and Pipefitters Local Union No. 630 Pension-Annuity Trust Fund*
and

**Henry Rosen** (admitted *Pro Hac Vice*)
Email: henryr@rgrdlaw.com
**Trig R. Smith** (admitted *Pro Hac Vice*)\
Email: tsmith@rgrdlaw.com
ROBBINS GELLER RUDMAN & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Facsimile: (619) 231-7423

*Lead Counsel for Lead Plaintiff Plumbers and Pipefitters Local Union No. 630 Pension-Annuity Trust Fund*

{SSBLS Main Documents\8175\001\00403915-1 }
Page 3 – MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET
PORTLAND, OREGON 97204
TEL. (503) 227-1600 FAX (503) 227-6840

**Jeffrey A. Berens** (admitted *Pro Hac Vice*)
Email: jeff@dyerberens.com
DYER & BERENS LLP
303 East 17th Avenue, Suite 810
Denver, CO 80203
Telephone: (303) 861-1764
Facsimile: (303) 395-0393

*Additional Counsel for Plaintiffs*

{SSBLS Main Documents\8175\001\00403915-1 }
Page 4 – MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION FOR LEAVE TO
    FILE EXCESS PAGES
STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET
PORTLAND, OREGON 97204
TEL. (503) 227-1600  FAX (503) 227-6840