UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | | |
|---|---|---|
| In re VESTAS WIND SYSTEMS A/S SECURITIES LITIGATION | ) ) | Case No. 3:11-cv-00585-MO |
| | ) | CLASS ACTION |
| This Document Relates To: | ) | ORDER AWARDING ATTORNEYS' FEES AND EXPENSES |
| ALL ACTIONS. | ) ) ) ) ) | |

This matter having come before the Court, on the application of counsel for the Lead Plaintiff for an award of attorneys' fees and expenses in connection with the settlement of this Action, the Court, having considered all papers filed and proceedings conducted herein, having found the settlement of this Action to be fair, reasonable, and adequate and otherwise being fully informed in the premises and good cause appearing therefore;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1.  All of the capitalized terms used herein shall have the same meanings as set forth in the Stipulation of Settlement dated as of June 26, 2014 (the "Settlement Agreement"), and filed with the Court (Doc. 117).

2. This Court has jurisdiction over the subject matter of this application and all matters relating thereto, including all Class Members.

3. The Court hereby awards Lead Counsel attorneys' fees of 25% of the Settlement Amount, plus expenses in the amount of $250,000.00, together with the interest earned thereon for the same time period and at the same rate as that earned on the Settlement Amount until paid. The Court finds that an award of fees is appropriate and that the amount of fees awarded is fair and reasonable under the "percentage-of-recovery" method given the risks of non-recovery, the time and effort involved, and the result obtained for the Class. *See Vizcaino v. Microsoft Corp.*, 290 F.3d 1043 (9th Cir. 2002).

4. The fees shall be allocated among counsel for the Lead Plaintiff by Lead Counsel in a manner that reflects each such counsel's contribution to the institution, prosecution, and resolution of the captioned action.

5. The awarded attorneys' fees and expenses and interest earned thereon shall be paid to Lead Counsel within five business days of the date of this Order subject to the terms, conditions, and obligations of the Settlement Agreement, and in particular §X thereof, which terms, conditions, and obligations are incorporated herein.

IT IS SO ORDERED.

DATED this  9th  day of December, 2014.

                                                /s/Michael W. Mosman
                                                MICHAEL W. MOSMAN
                                                United States District Judge